In the Matter of the Will of STELLA M. ROTHCHILD, Deceased. LEWIS H. ROTHCHILD et al., Appellants; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor and Trustee under the Will of STELLA M. ROTHCHILD, Deceased, et al., Respondents.

Argued May 18, 1948; decided June 11, 1948.

*Mark P. Stumpf, William Fitz Gibbon* and *Emil Morosini, Jr.,* for Lewis H. and Lucille Krumbine Rothchild, appellants.

*Francis R. Curry* as special guardian for Stella-Maris Rothchild and Marisol Rothchild, infants, appellants.

*Thomas A. Ryan* as special guardian for David Marsten and Lewis A. Marsten, Jr., infants, appellants.

*A. Maurice Grill* for Central Hanover Bank and Trust Company, respondent.

*A. Hayne de Yampert, Dana C. Backus, Ernest A. Zema, Siegfried F. Hartman, Robert H. Mulreany, William H. Welsh, John L. Gray, Jr.,* and *H. Woodward McDowell* for The American National Red Cross and others, respondents.

*Nathaniel L. Goldstein, Attorney-General (Corning G. McKennee* and *Wendell P. Brown* of counsel), for unknown beneficiaries, respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion. [See 298 N. Y. 754.]

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and DYE, JJ. Taking no part: CONWAY and FULD, JJ.